MARIETTE LESLIE-COTTON v. HUGH D. COTTON, Individually and as Trustee, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

In the Matter of the Judicial Settlement of the Supplemental Intermediate Account of Proceedings of THE NATIONAL CITY BANK OF NEW YORK and Others, as Executors, etc., of ADOLPH HOLLANDER, Deceased. In the Matter of the Consolidated Proceedings of the Judicial Settlement of Account of All Proceedings of THE NATIONAL CITY BANK OF NEW YORK and Others, as Executors, etc., of ADOLPH HOLLANDER, Deceased, etc. IRVING L. HOLLANDER, as Executor, etc. NATIONAL CITY BANK OF NEW YORK, as Executor and Trustee, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs and stay vacated. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

JOSEPH M. COLLINS v. CLIFTON A. EDWARDS.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

## (January 18, 1937.)

JESSE H. WISAN, Receiver in Supplementary Proceedings of MORRIS KANTER v. KALLMAN KANTER.—Motion for leave to appeal to the Court of Appeals or for a reargument ·denied. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

ADOLPH ROSENBAUM, as Treasurer of Journeymen Barbers' International Union of America, Local No. 1, Respondent, v. GEORGE ROUTSIS and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

## (January 22, 1937.)

MORRIS WHITE PROPERTIES CORPORATION, Appellant, v. ELECTRIC METER CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

INTERSTATE CONTRACTING Co., INC., Appellant, v. THE CITY OF NEW YORK, Appellant-Respondent, and MANUFACTURERS TRUST COMPANY, Impleaded Defendant-Respondent-Appellant.— Judgment and order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM GATNER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

HERMAN LANG, Respondent, v. CHARLES M. COLLIER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

MARION WATSON CORPORATION, Appellant, v. ROYAL INDEMNITY COMPANY, Respondent. HARMONY T. IVES and Others, Appellants, v. ROYAL INDEMNITY COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.